**EXHIBIT "A"**

| IN RE: | § | Case No. 05-91170-H4-7 |
| --- | --- | --- |
| | § | |
| **Lipscomb, Othel & Brenda** | § | (Chapter 7) |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Amount |
| --- | --- | --- |

__X__  Small Dividends

Harlan Guettermann
4422 FM 1960 West, #410
Houston, TX 77068-3416                1                                                    $   2.20


_____ Unclaimed Dividends

    NONE


| | Total Small Dividends | $ 2.20 |
| --- | --- | --- |
| | Total Small & Unclaimed Dividends | $ 2.20 |